# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 21, 2017

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA

v.

FOGLESONG, JEREMY T

2100 E SELAH RD

YAKIMA, WA 98901

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 1:17-PO-08006-MKD

| Case No. | EW73 | 6566733 |
|---|---|---|

USM No.

Ulvar Klein
_____
Defendant's Attorney

**THE DEFENDANT:** FOGLESONG, JEREMY T

☑ **THE DEFENDANT** pleaded guilty to count(s)     1. _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| RCW § 46.20.342(1)(c) | Driving While License Supsended-Third Degree | 11/23/2016 | 1 |

☐  Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 7 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $340.00 | $  10.00 | $  300.00 | $  30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  5920

Defendant's Year of Birth:  1970

City and State of Defendant's Residence:
YAKIMA, WA

6/16/2017
_____
Date of Imposition of Judgment

_—m. k. Dimke_____
Signature of Judge

Mary K. Dimke, U. S. Magistrate Judge
_____
Name and Title of Judge

6/21/2017
_____
Date